

# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

### JUDGMENT

In the matter of the Guardianship of J.A.E., a minor,

No. 11-19-00369-CV

\* From the County Court at Law of Midland County, Trial Court No. G12876.

\* January 9, 2020

\* Per Curiam Memorandum Opinion (Panel consists of: Bailey, C.J., Stretcher, J., and Wright, S.C.J., sitting by assignment) (Willson, J., not participating)

This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Juan Espinoza.